IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEVEN JOSHUA DINKLE, #309 785,   )
                                  )
      Plaintiff,                )
                                    )
      v.                      )  CIVIL ACTION NO. 2:18-CV-20-WHA
                                    )           [WO]
ALABAMA DEPT. OF CORRECTIONS,   )
*et al.*,                             )
                                  )
      Defendants.           )

## OPINION and ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on March 29, 2018. Doc. 7. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

An appropriate judgment will be entered.

Done this 19th day of April, 2018.

                     /s/ W. Harold Albritton
                   SENIOR UNITED STATES DISTRICT JUDGE